| UNITED STATES DISTRICT COURT<br>MIDDLE DISTRICT OF NORTH CAROLINA | Case No. 1:20-cv-0996 |
|---|---|
| Name of Plaintiff(s):<br>**JOHN DOE**<br><br>**VERSUS**<br>Name of Defendant(s):<br>**DUKE UNIVERSITY** | **REPORT**<br>**OF**<br>**MEDIATOR**<br><br>*(For Placement on the*<br>*CM/ECF Docket)* |
| Mediator Name:  David O. Lewis | |
| Telephone No.:   919 688-8341 | ☐ This is an **Interim Report.** A final report is to be filed |
| E-Mail Address:   davd.lews@bla-nclaw.com | after resumption of the mediation |

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:

   ☒ was held on __08/09/2021_____ (date)

   ☐ was NOT held because _____

2. **Attendance**

   ☒ No Objection was made on the grounds that any required attendee was absent.

   ☐ Objection was made by _____

3. **Outcome**

   ☒ Complete settlement of the case

   ☐ Conditional settlement or other disposition

   ☐ Partial settlement of the case

   ☐ Recess (i.e., mediation to be resumed at a later date)

   ☐ Impasse

   ☐ Additional Information: _____

4. **Settlement Filings**

   a) The document(s) to be filed to effort the settlement are __Stipulation of Dismissal signed__
      by all parties that have appeared, pursuant to FRCvP 41(a)(1)

   b) The person responsible for filing the document(s) is __Emilia I. Beskind, Attorney for Plaintiff__

   c) The agreed deadline for filing the document(s) is __09/01/2021__

   **Submission of Report.** Please submit the completed and signed report by mail of Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if Consent to Transfer Documents Electronically Form has been submitted, submit the signed to medclerk@ncmd.uscourts.gov.

   **I have submitted this completed report with ten (10) days after conclusion of the conference.**

   _____          __08/10/2021__
   Mediator Signature                              Date

Case 1:20-cv-00996-LCB-LPA   Document 22   Filed 08/17/21   Page 1 of 1